UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

NOV 1 8 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>MELVIN L. ARGANBRIGHT, IV )<br>and )<br>CODY D. WOFFORD, )<br><br>Defendants. )<br><br>) | **4:15CR518 RWS/JMB** |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### [Theft of Government Property]

At a time unknown to the United States, but between on or about June 1, 2015 through in or about August 15, 2015, in Dent County, within the Eastern District of Missouri, the defendants,

**MELVIN L. ARGANBRIGHT, IV**
**and**
**CODY D. WOFFORD,**

voluntarily, intentionally and knowingly did steal and purloin trees, of the value of more than $1,000, by cutting or damaging, without authorization, over 300 trees from Mark Twain National Forest land, and the defendants did so with the intent to deprive the owner of the use or benefit of the trees so cut or damaged, with said trees belonging to and being the property of the United

States, in violation of 18 U.S.C. § 641 and 18 U.S.C. § 2.


Dated: _____          A TRUE BILL

                                    _____
                                    FOREPERSON


                                    RICHARD G. CALLAHAN
                                    United States Attorney


                                    _____
                                    Gilbert C. Sison
                                    Assistant United States Attorney